

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00709-CV

**IN THE INTEREST OF N.F.L.**, a Child

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 14-12-00205CVL
Honorable Melissa Uram-Degerolami, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant Father because he is indigent.

SIGNED April 13, 2016.

_____
Marialyn Barnard, Justice